COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00490-CV |
| Style: | In the Interest of K.M., Child |
| Date motion filed[*]: | September 23, 2014 |
| Type of motion: | Motion for Extension of Time to File *Anders* Response |
| Party filing motion: | Pro Se Appellant |
| Document to be filed: | *Anders* Response |

Is appeal accelerated?　　　Yes

If motion to extend time:

　　　Original due date:　　　　　　　September 23, 2014

　　　Number of extensions granted:　　　0　　　　Current Due date: September 23, 2014

　　　Date Requested:　　　　　　　　N/A

Ordered that motion is:

　☑ Granted

　　　　If document is to be filed, document due: October 20, 2014

　　　☑　　　No further extensions of time will be granted.

　☐ Denied

　☐ Dismissed (*e.g.*, want of jurisdiction, moot)

　☐ Other: _____

　　**Although appellant does not request a specific length of time, as required by Texas Rule of Appellate Procedure 10.5(b)(1)(B), her request to extend the time to file her *Anders* response is granted because she stated that she only received the records the day before on September 22, 2014. However, appellant is notified that no further extensions will be granted because this is a parental termination accelerated appeal. Appellant is further notified that if her response is not filed by October 20, 2014, this Court will decide the withdrawal motion without it.**

Judge's signature: /s/ Evelyn V. Keyes

　　　　　　　　☒ Acting individually　　　☐ Acting for the Court

Panel consists of _____

Date: September 30, 2014

November 7, 2008 Revision